IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HENRY MILLS,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2403

Opinion filed October 11, 2016.

An appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

Henry Mills, pro se.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.